**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01418-CV

**ISAIAS GONZALEZ, Appellant**

**V.**

**NORTHFORK INVESTMENTS, LTD, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05764-D**

## ORDER

We **GRANT** the January 6, 2015 motion of Coral Hough, Official Court Reporter for the County Court at Law No. 4 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **JANUARY 27, 2015**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE